# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jason Cooper,<br><br>                    Plaintiff,<br><br>     v.<br><br>Shelby County Jail, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-01077-GMN-BNW<br><br>**Order** |

Before the Court is plaintiff's application for leave to proceed in forma pauperis ("IFP"). ECF No. 1. Federal law provides that the Court may authorize a civil litigant to commence a suit in forma pauperis, without prepayment of fees. 28 U.S.C. § 1915(a)(1). To that end, under the Local Special Rules, a person applying for IFP status need only submit "an application to proceed [IFP]" and "the original of any petition, complaint, or motion under 28 U.S.C. § 2255." LSR 1-4; *see also* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court.").

Here, plaintiff failed to submit a complaint to accompany his IFP application. The Court will not consider plaintiff's IFP application until plaintiff submits a complaint to the Court.

IT IS THEREFORE ORDERED that by July 15, 2021, plaintiff must submit to the Clerk of Court a complaint on the form provided by the Court. Failure to comply with this deadline may result in a recommendation to the district judge that this matter be dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall send plaintiff a copy of the Court's "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983" (code 42.1983) along with the form's accompanying instructions.

DATED: June 15, 2021.

Brenda Weksler
United States Magistrate Judge