**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON COOPER, )<br>            )<br>        Plaintiff,    )<br>    vs.     )<br>            )<br>SHELBY COUNTY JAIL, ET AL., )<br>            )<br>        Defendants.   )<br>            ) | Case No.: 2:21-cv-01077-GMN-BNW<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda Weksler, (ECF No. 7), which recommends that Plaintiff Jason Cooper's ("Plaintiff's") Complaint, (ECF No. 1-1), be dismissed without leave to amend.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, July 28, 2021, has passed. (*See* Report and Recommendation, ECF No. 7).

Accordingly,

1 **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 7), is
2 **ACCEPTED AND ADOPTED in full**.
3     **IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF No. 1-1), is
4 **DISMISSED** without leave to amend.
5     The Clerk of Court shall close the case accordingly.
6     **DATED** this __28__ day of July, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court